CV-11-PWG-3950-NE

1983
NB

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

2011 NOV 18  A 11: 41

U.S. DISTRICT COURT
N.D. OF ALABAMA

---

Inmate Identification Number: MCSO00MNI018789

---

Elijah Lamar Booker
(Enter above the full name(s) of the plaintiff(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

vs.

Madison County Alabama

City of Huntsville

Madison County Sherriffs Department

Sheriff Blake Dorning
Enter above full name(s) of the defendant(s)
n this action)

Previous lawsuits

A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes   (     )          No   ( ✓ )

B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than
one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s):          _____

Defendant(s):          _____

_____

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

I. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes   ( ✓ )        No   (    )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes   ( ✓ )        No   (    )

C. If your answer is YES:

1. What steps did you take?   I Asked Why I Was Being Held Without Any Evidence Against me.

2. What was the result?   They Explained that I was Being Held Because of my charges.

D. If your answer is NO, explain why not? _____

_____

_____

_____

III.   Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s)   Elijah Lamar Booker

Address   Madison County Jail P.O. Box 2047
Huntsville, Ala. 35804

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant   Sheriff Blake Dorning

is employed as   Madison County Sheriff

at   Madison County Jail 100 Northside Sq. Huntsville, Ala 35801

C.   Additional Defendants   Madison County Alabama,
City of Huntsville, And
Madison County Sheriffs Department

Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I was Arrested on 10|20|10 By The STAC TEAM Narcotic Division
And wrongfully charged Because I Have No Connections to Any Drug
Dealers and I Refuse to Become there informant.
(1.) I was Arrested by Madison County Narcotics officers.(2.) Investigator

3

Kelvin Turner Had me transported to Jail By the Huntsville City Police Department. (3.) The Madison County Sheriffs Department Booked me In on A Dummy Warrant. (4) I Am Being Held at The Madison County Sheriffs Dept. By Sheriff Blake Doming.

V.   **RELIEF**

State briefly underline exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

It Would Be an Honor For the Court to Have my Defendants Award me Ten million (10,000,000) U.S. Dollars.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ 11/16/2011 ___.

*Elijel L. Booker*

_____

_____

_____

_____

Signature(s)

4