FILED
2011 Dec-20 AM 11:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

5:11-CV-3950-PWG

FILED 2011 Dec 16 A 11:29 U.S. DISTRICT COURT N.D. OF ALABAMA

12-12-11

Dear Clerk of U.S. District Courts,

    I Turned In The Application to Proceed in Forma Pauperis to An Authorized officer But they only returned The information Regarding Prisoners Accounts. I Also Did not Place my Name on the Envelope containing this Letter Because The Jail Did not want to complete The Application to Proceed in Forma Pauperis so I Can Not Deny the Fact that Madison County Jail May try to intercept my mail, Also Mr. Rigdon gave me permission to use His Identification.

I Also chose not to Put this Letter in the mail today Because I think it Would Be Wise to mail this Letter to You a Few days From Now.

    I Apologize to The Courts Because Madison County Jail Did not Return The Entire Application to Proceed in Forma Pauperis, But I Did Obey all orders Given By the Clerk of the U.S. D.C. and The Chief Magistrate Judge Paul W. Green and I Will Continue to Request For The Entire Application And I Ask That The Courts Continue to Proceed With Case "5:11-CV-3950-PWG". Thank You!

*Elijah L. Booker*

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *In forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by the prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner ELIJAH BOOKER has been incarcerated in this Institution since Oct. 20, 2010, and that he has the sum of $.76 in his prison or jail trust account on this the day of Dec. 12, 2011. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | 6/2011 | $40.00 | $1.70 |
| Month 2 | 7/2011 | $20.00 | $0.66 |
| Month 3 | 8/2011 | $50.00 | $1.71 |
| Month 4 | 9/2011 | $0 | $0.44 |
| Month 5 | 10/2011 | $0 | $0.33 |
| Month 6 | 11/2011 | $100.00 | $3.79 |
| Current month (if less than full month) | 12/2011 | $0 | $0.76 |

_____ 9221  12-12-11
Signature of Authorized Officer of Institution

Madison County Detention Facility
Name of Institution